

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ROYAL RYAN BAKER<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-00292-DUTY<br><br>**ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br>**RE: OUT OF DISTRICT CASE** |
|---|---|

IT IS ORDERED that a detention hearing is hereby set on the calendar of the U. S. District Court for the

____Southern_____ District of ____California_____, on April 30, 2025 **at 2:00 p.m. in the Southern District of California before the Honorable Allison Goddard.**

Pending said detention hearing, the defendant shall be held in custody by the United States Marshal or other custodial officer, to wit: _____, and produced for the hearing.

☑ The Court finds good cause for continuance of the detention hearing in excess of five (5) days.

Dated:  04/18/2025

HON. AUTUMN D. SPAETH
U.S. Magistrate Judge